## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD SMITH, | CIVIL ACTION NO. : 3:21-CV-01167 |
| Plaintiff, | |
| VERSUS | |
| ACCESS HOME INSURANCE COMPANY AND C&S INSURANCE SERVICES, INC. | |
| Defendants | |

## ORDER

Considering the foregoing Motion for Partial Dismissal Pursuant to F.R.C.P. 12 (b) (6) filed by Access Home Insurance Company:

IT IS THEREFORE ORDERED that said motion be and is hereby GRANTED and Plaintiff's, Harold Smith's, claims for declaratory judgment pursuant to 28 U.S.C. § 2201 be and are hereby DISMISSED WITHOUT PREJUDICE.

Monroe, Louisiana, this _____ of _____, 2021.

**HONORABLE TERRY A. DOUGHTY, JUDGE**