UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **HAROLD SMITH, SR.** | **CASE NO. 3:21-CV-1167** |
| **VERSUS** | **TERRY A. DOUGHTY** |
| **ACCESS HOME INSURANCE SERVICES, INC.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 25] having been considered, no objection having been filed thereto, and after a *de novo* review of the record, finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Access Home Insurance Company's Rule 12(B)(6) Motion for Partial Dismissal [Doc. No. 18] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims for declaratory judgment are **DISMISSED.**

**MONROE, LOUISIANA** this 12th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT